**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.                      ) | **Magistrate No. 2015-0029** |
| ) | **Criminal No. 2015-0042** |
| **GAMALIER ROHLSEN-ARIZMENDI,** ) | |
| ) | |
| **Defendant.**        ) | |
| _____) | |

**Attorneys:**
**Alphonso G. Andrews, Jr., Esq.,**
St. Croix, U.S.V.I.
   *For the Government*

**Omodare B. Jupiter, Esq.,**
St. Croix, U.S.V.I.
**Gabriel J. Villegas, Esq.,**
St. Thomas, U.S.V.I.
   *For Defendant*

## ORDER

**UPON CONSIDERATION** of Defendant Gamalier Rohlsen-Arizmendi's Motion to Dismiss (Dkt. No. 36), the Government's Opposition thereto (Dkt. No. 41), and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that Defendant Rohlsen-Arizmendi's Motion to Dismiss is **DENIED**.

   **SO ORDERED.**

Date:  January 22, 2016

                                                                  _____/s/_____
                                                                  WILMA A. LEWIS
                                                                  Chief Judge