**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | **Magistrate No. 2015-0029** |
| ) | **Criminal No. 2015-0042** |
| **JOSE HODGE,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**Attorneys:**
**Alphonso G. Andrews, Jr., Esq.,**
St. Croix, U.S.V.I.
    *For the Government*

**Yvette D. Ross-Edwards, Esq.,**
St. Croix, U.S.V.I.
    *For Defendant*

**ORDER**

    **UPON CONSIDERATION** of Defendant Jose Hodge's "Motion to Dismiss Complaint" (Dkt. No. 37), the Government's Opposition thereto (Dkt. No. 43), and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

    **ORDERED** that Defendant Hodge's Motion to Dismiss is **DENIED**.

    **SO ORDERED.**

Date:  January 22, 2016

                                              _____/s/_____
                                              WILMA A. LEWIS
                                              Chief Judge